CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

APR 15 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| TURBOMIN AB, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> BASE-X, INC., ET AL., <br><br> *Defendants.* | CIVIL NO. 6:09cv00007 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

    In accordance with the accompanying Memorandum Opinion, the Defendants' Motion to Dismiss [docket no. 10] is hereby GRANTED in part, and DENIED in part. The Motion is granted with respect to Counts II and III, and denied with respect to Count I. Within 14 days of entry of this Order, the Plaintiffs may move this Court for leave to file an amended Complaint to state statutory and common law conspiracy claims. *See* Fed. R. Civ. P. 15(a)(2).

    It is so ORDERED.

    The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

    ENTERED: This 15th Day of April, 2009.

                                             /s/ Norman K. Moon
                                             NORMAN K. MOON
                                             UNITED STATES DISTRICT JUDGE