CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 0 2 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| TURBOMIN AB, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> BASE-X, INC., ET AL., <br><br> *Defendants.* | CIVIL NO. 6:09cv00007 <br><br><br> ORDER <br><br><br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, the Plaintiffs' Motion to Dismiss the Defendants' Counterclaims and Affirmative Defenses [docket no. 58] is hereby DENIED. The Defendants are GRANTED leave to include new counterclaims and affirmative defenses in their Amended Answer.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 2nd Day of September, 2009.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE